### LEVEY v. LEVEY.

(Supreme Court, Special Term, New York County. June, 1914.)

DIVORCE (§ 101*) — SEPARATION — COUNTERCLAIM — ANNULMENT — GROUNDS —PHYSICAL INCAPACITY—STATUTES.

Code Civ. Proc. § 1770, authorizing counterclaims in matrimonial actions, confines the right of counterclaim to a counterclaim for a divorce or a separation; and hence, in an action by a wife for separation, a defendant may not interpose a counterclaim to annul the marriage on the ground of his own physical incapacity.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 322–327; Dec. Dig. § 101.*]

Action by Warrena Dodge Levey against Clarence D. Levey. On demurrer to counterclaim. Sustained.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Francis P. Burns, of New York City, for plaintiff.

Abraham C. Cohen, of New York City, for defendant.

GIEGERICH, J. The defendant in an action for a separation has interposed a counterclaim to annul his marriage to the plaintiff on the ground of his own physical incapacity. Such a counterclaim cannot be asserted. Section 1770 of the Code of Civil Procedure, relative to counterclaims in matrimonial actions, confines the right of counterclaim to counterclaims for a divorce or a separation, and by implication excludes a counterclaim to annul a marriage. Durham v. Durham, 99 App. Div. 450, 91 N. Y. Supp. 295; Taylor v. Taylor, 25 Misc. Rep. 568, 55 N. Y. Supp. 1052.

Demurrer sustained, with costs.